IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JUSTIN SINCLAIR ASHLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:22-cv-214-MTT-CHW |
| | : | |
| **WELLMAKER,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's motion for the Clerk to provide him with a copy his complaint in this action. (Doc. 22). Plaintiff's request for his complaint is **GRANTED**. Although Plaintiff does not have a right to free copies of his own court documents, *Jackson v. Fla. Dep't of Fin. Servs.*, 479 F. App'x 289, 292–93 (2012), Plaintiff's request is granted in an abundance of caution. The document requested is only 12 pages long, and the cost to the Court is minimal. However, Plaintiff is advised to keep his own copies of future filings. The Clerk of Court is **DIRECTED** to send Plaintiff a copy of his complaint, Document 1, with this Order.

**SO ORDERED**, this 3rd day of April, 2023.

                                             s/ Charles H. Weigle
                                             Charles H. Weigle
                                             United States Magistrate Judge