IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JUSTIN SINCLAIR ASHLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-214 (MTT) |
| **WELLMAKER, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Justin Ashley, proceeding pro se, moves for the appointment of counsel. Docs. 49; 52. Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." Nevertheless, "[a]ppointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). Rather, "it is a privilege that is justified only by exceptional circumstances." *Id*. Because Ashley's claims do not present "exceptional circumstances" that would warrant the appointment of counsel, his motions to appoint counsel (Docs. 49; 52) are **DENIED**.

Moreover, pursuant to the Court's order for pretrial submissions, Ashley is **ORDERED** to provide to the Court the following by **February 15, 2024**:

- A list of witnesses Ashley wants to call at trial, and
- A list of documents Ashley will use at trial.

**SO ORDERED**, this 26th day of January, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT