IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUSTIN SINCLAIR ASHLEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00214-MTT-CHW |
| | * |
| WELLMAKER et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk